# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                      :   No. 70

                              :

APPOINTMENT TO THE        :   CLIENT SECURITY DOCKET

PENNSYLVANIA LAWYERS FUND FOR   :

CLIENT SECURITY BOARD        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of February, 2019, the Honorable David A. Regoli, Westmoreland County, is hereby appointed as a member of the Pennsylvania Lawyers Fund for Client Security Board for a term of three years, commencing April 1, 2019.